No. 570. HARRY L. HAYNES, PETITIONER, *v.* J. B. WATKINS ET AL. February 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the

Fifth Circuit denied. *Mr. George A. Titterington* for peti-.tioner. *Mr. John W. Wray* for respondents.